# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks          Date: June 28, 2007
Court Reporter: Darlene Martinez               Time: 27 minutes
Probation Officer: n/a                         Interpreter: n/a

**CASE NO. 07-CR-00077-WDM**

<u>Parties</u>                                  <u>Counsel</u>

**UNITED STATES OF AMERICA,**                  Thomas O'Rourke

    Plaintiff,

vs.

**PHILLIP A. WORACK,**                         Brian Holland

    Defendant.

## STATUS CONFERENCE

**11:02 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

Mr. Holland advises that the defendant has received responses to his Rule 17 subpoenas and as a result of the receipt of that discovery, requests two additional weeks to file motions related to that discovery.

Comments by Mr. O'Rourke.
Page Two
07-CR-00077-WDM
June 28, 2007

Discussion regarding time needed to complete trial.

**ORDERED:**   Motions deadline is extended to **July 30, 2007.**

**ORDERED:**   Government shall file its Rule 16 disclosures regarding expert testimony, it proffer under 18(d)(2)(E) and its 404(b) evidence by **September 10, 2007**. Defendant may file any additional motions with regard to those filings by **October 1, 2007.**

**ORDERED:**   Counsel directed to chambers to schedule a motions hearing after **October 1, 2007.**

**ORDERED:**   Defendant's Motion for Disclosure of 404(b) Evidence (Doc #9), filed 3/9/07 is **GRANTED.**

**ORDERED:**   Defendant's Motion for Notice of Intent to Offer Expert Testimony (Doc #15), filed 4/2/07 is **GRANTED.**

**ORDERED:**   Defendant's Motion to Compel the Government to Provide Co-Conspirator Proffer Pursuant to Rule 801(d)(2)(E) (Doc #16), filed 4/2/07 is **GRANTED.**

**ORDERED:**   Defendant's Motion for Disclosure of Witness List, Criminal Records of Government Witnesses and Other Discovery (Doc #19), filed 4/9/07 is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Bond continued.

**11:29 a.m.   COURT IN RECESS**

**Total in court time:        27 minutes**

**Hearing concluded**