IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ALLEN WORACK,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant's motion to extend travel authorization to Switzerland is granted.

Dated: September 24, 2007

                                            s/ Jane Trexler, Judicial Assistant