IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00077-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

PHILIP ALLEN WORACK,

     Defendant.

_____

# MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     Defendant's counsel's motion to participate by telephone and excuse defendant's presence is granted.

Dated: February 7, 2008

                              s/ Jane Trexler, Judicial Assistant