IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ALLEN WORACK,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A status hearing will be held **December 21, 2009, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: November 30, 2009

                                                  s/ Jane Trexler, Judicial Assistant