IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00077-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PHILIP ALLEN WORACK,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Jury trial (3 weeks) will begin **June 7, 2010, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  The trial preparation conference will be held **May 13, 2010, at 9:00 a.m.**

      Defense counsel will file supporting memorandum to the *Daubert* motion on or before January 22, 2010.  The government will respond by February 5, 2010.  Hearing on the *Daubert* motion will be held **March 9, 2010, at 9:00 a.m.**

Dated: December 21, 2009

                                        s/ Jane Trexler, Judicial Assistant