IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

PHILIP ALLEN WORACK,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     The trial preparation conference is rescheduled to **May 27, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: March 9, 2010

                                   s/ Jane Trexler, Judicial Assistant