IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ALLEN WORACK

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    Following the determination of a trial held before Senior Judge Walker D. Miller, the parties stipulate:

    1. Counsel for each party shall retain custody of all exhibits sponsored, and depositions taken, by that party until 60 days after the time of appeal from this Court has expired or, if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter. Thereafter, the custodian may destroy or otherwise dispose of those items.

    2. Each party's custody shall be for the benefit of all parties hereto and shall remain subject to further Order of the Court.

    3. Upon any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and depositions in its custody available to the appealing party for filing with the appellate court.

    DATED at Denver, Colorado, this 23rd day of June, 2010.

_____    _____
Attorney for Plaintiff    Attorney for Defendant

    ORDERED that the parties shall retain custody pursuant to the foregoing stipulation.

    BY THE COURT:

_____
WALKER D. MILLER
Senior United States District Judge