IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILIP ALLEN WORACK,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER

    Defendant's sentencing hearing is scheduled on **October 6, 2010 at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

BY THE COURT:

                                          s/ Walker D. Miller
                                          United States Senior District Judge

PDF Final