IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2010

GREGORY C. LANGHAM
CLERK

Criminal Action No. 07-cr-00077-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PHILLIP ALLEN WORACK,

    Defendant.

---

ORDER FINDING DEFENDANT UNABLE TO OBTAIN COUNSEL
PURSUANT TO 18 U.S.C. § 3006A

---

Kristen L. Mix, Magistrate Judge

    This matter comes before the court on Defendant's Motion For Leave To Proceed on Appeal Pursuant To 28 U.S.C. § 1915 and Rule 24, Federal Rules of Appellate Procedure and To Find Defendant Eligible For Appointment of CJA Counsel on Appeal with supporting Financial Affidavit, CJA Form 23. After careful review and consideration of the above referenced motion and supporting financial affidavit, the court finds Defendant PHILLIP ALLEN WORACK is financially unable to obtain counsel. The portion of the motion requesting court appointed counsel is denied with leave to re-file in the U.S. Court of Appeals for the 10th Circuit.

    DATED at Denver, Colorado this 27th day of October, 2010.

                        BY THE COURT:

                        MAGISTRATE JUDGE, UNITED STATES
                        DISTRICT COURT FOR THE DISTRICT OF
                        COLORADO